UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KECIA BAKER,
    Plaintiff,
-vs.-

                Hon. Patrick J. Duggan
                Case No 2:10-cv-14428

NORTHSTAR LOCATION SERVICES, LLC.,
a foreign corporation,
    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff hereby dismisses the within action with prejudice.

                Respectfully submitted

December 6, 2010                /s/ Gary Nitzkin
                                      GARY D. NITZKIN P41155
                                      Attorney for Plaintiff
                                      GNitzkin@creditor-law.com