UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KECIA BAKER,
    Plaintiff,
-vs.-
                                        Hon. Patrick J. Duggan
                                        Case No 2:10-cv-14428

NORTHSTAR LOCATION SERVICES, LLC.,
a foreign corporation,
    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COST

    At a session of court held in the United States District Court for the Eastern District of Michigan on December 6, 2010.

    Present: Hon. Patrick J. Duggan

The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the premises therein;

    **IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost.

                  s/Patrick J. Duggan
                  Patrick J. Duggan
                  United States District Judge
Dated: December 6, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 6, 2010, by electronic and/or ordinary mail.

                  s/Marilyn Orem
                  Case Manager